**919 THIRD AVENUE, NEW YORK, NY 10022**                    **JENNER&BLOCK** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 1, 2021
```

June 30, 2021

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
U.S.D.C., Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   *Goldfarb v. Burt's Bees, Inc.*, Case No. 1:21-cv-04904-VM
      Letter Motion for Extension of Deadline to File Responsive Pleading

Dear Judge Marrero:

I represent Defendant Burt's Bees, Inc. in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Section I.A. of this Court's Individual Practices, I write to request a 30-day extension of Burt's Bees' deadline to file a responsive pleading from July 2, 2021, to August 2, 2021.

Burt's Bees seeks this extension so that it can have additional time to investigate the factual allegations set forth in Plaintiff's complaint and assess how it intends to approach this lawsuit. This is Burt's Bees' first request for an extension or adjournment of any kind, and the extension will not affect any pending deadlines set by Court order. My colleagues have conferred with counsel for Plaintiff Moshe Goldfarb, who has confirmed that Plaintiff consents to the extension sought herein.

                                            Respectfully submitted,

                                            /s   Elizabeth A. Edmondson
                                                 Elizabeth A. Edmondson



Request **GRANTED.**
The defendant's response to the Complaint is hereby due no later than August 2, 2021.

**SO ORDERED.**
July 1, 2021
DATE                          VICTOR MARRERO, U.S.D.J.

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC                WWW.JENNER.COM